IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cora Fletcher | ) | |
| | ) | |
| Plaintiff, | ) | No.  10 C 0139 |
| | ) | Judge William Hibbler |
| vs. | ) | |
| | ) | |
| Thomas J. Dart, Sheriff of Cook County and Cook County, Illinois | ) ) | |
| | ) | |
| Defendants | ) | |

### DEFENDANTS DISCOVERY PLAN AND SCHEDULE

Defendants, by and through their attorney, Patrick S. Smith, Assistant State's Attorney, state as follows:[1]

1. Discovery will be needed on the following subjects:

a. Whether the Sheriff Thomas J. Dart has an official policy requiring correctional officers to shackle pregnant woman, who are in the custody of the Sheriff of Cook County, during and immediately after labor and delivery.

b. Whether Defendant Dart has enforced his shackling policy in willful and wanton disregard of the Illinois statue, complied as 55 ILCS 5/3-15003.6

c. Whether the bodily restraints used on the Plaintiff during her labor, delivery and recovery following delivery was rationally related to a legitimate non-punitive government purpose, as required by *May v. Sheahan,* 226 F.3d 876, 884 (7th Cir. 2000).

d. The extent the Plaintiff incurred physical and emotional injuries as a result of the defendants' actions.

2. To date, Plaintiffs have not tendered disclosures pursuant to Fed. R. Civ. P.

26(a)(1) despite a due date of April 13, today, set by Your Honor.

    3.    Defendant will need 120 days to complete discovery.

    4.    The Defendants anticipate taking the deposition of the plaintiff.

    5.    Defendant does not agree to proceed before a Magistrate Judge.

    Respectfully Submitted,

    /s/ Patrick S. Smith,
    Attorney for Defendants
    Patrick S. Smith
    Assistant State's Attorney
    69 W. Washington Suite 2030
    Chicago, IL 60602

---

1. This is Defendant's Rule 26 discovery schedule. Plaintiff commented in a separate motion that he was too busy.