IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cora Fletcher, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 10 CV 0139 |
| v. ) | |
| ) | Judge William Hibbler |
| Thomas J. Dart, Sheriff of Cook ) | |
| County, and Cook County, Illinois ) | |
| ) | |
| Defendants. ) | |

## CORRECTED NOTICE OF FILING

**TO:** Thomas G. Morrissey
10249 S. Western Ave.
Chicago, IL 60643

PLEASE TAKE NOTICE that on April 13, 2010, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendants' **Proposed Discovery Plan and Schedule**.

ANITA ALVAREZ
STATE'S ATTORNEY OF COOK COUNTY

/s/ Patrick S. Smith
Patrick S. Smith
Deputy Supervisor
Conflicts Counsel Unit
69 W. Washington, 20th floor
Chicago, Il 60602
(312) 603-1422

## PROOF OF SERVICE

I, Patrick Smith, Assistant State's Attorney, hereby certify that I served a copy of the above notice, together with the documents referenced therein, to those listed above on April 13, 2010 via the CM/ECF system.

/s/ Patrick S. Smith